IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02606-CMA-KMT

VINTON THEISS, and
LISA THEISS,

    Plaintiffs,

v.

I-FLOW, INC., a Delaware corporation,
ABBOTT LABORATORIES, an Illinois corporation,
ABBOTT LABORATORIES d/b/a AP PHARMACEUTICALS INC., an Illinois
    corporation,
ABBOTT LABORATORIES d/b/a ABBOTT SALES, MARKETING &
    DISTRIBUTION COMPANY, a Delaware corporation,
HOSPIRA, INC., a Delaware corporation,
ASTRAZENECA PHARMACEUTICALS LP, a Delaware corporation,
ASTRAZENECA LP, a Delaware corporation,
ZENECA HOLDINGS, INC., a Delaware corporation,
APP PHARMACEUTICALS, LLC., a Delaware corporation,
APP PHARMACEUTICALS, INC., a Delaware corporation,
ABRAXIS BIOSCIENCE, INC., a Delaware corporation, and
ABRAXIS BIOSCIENCE, LLC, a California corporation,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with Defendant I-Flow, Inc.'s counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: January  6 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge