IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02606-ZLW-KMT

VINTON THEISS, and
LISA THEISS,

    Plaintiffs,

v.

I-FLOW, INC., a Delaware corporation;
ABBOTT LABORATORIES, an Illinois corporation;
ABBOTT LABORATORIES d/b/a AP PHARMACEUTICALS INC., an Illinois corporation;
ABBOTT LABORATORIES d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION
COMPANY, a Delaware corporation;
HOSPIRA, INC., a Delaware corporation;
ASTRAZENECA PHARMACEUTICALS LP, a Delaware corporation;
ASTRAZENECA LP, a Delaware corporation;
ZENECA HOLDINGS, INC., a Delaware corporation;
APP PHARMACEUTICALS, INC., a Delaware corporation;
ABRAXIS BIOSCIENCE, INC., a Delaware corporation; and
ABRAXIS BIOSCIENCE, LLC, A California corporation,

    Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 14th day of January, 2009.

                                        BY THE COURT:

                                      *s/ Zita L. Weinshienk*
                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court