IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02606-PAB-KMT

VINTON THEISS and
LISA THEISS,

    Plaintiffs,

v.

I-FLOW, INC., a Delaware corporation,
ABBOTT LABORATORIES, an Illinois corporation,
ABBOTT LABORATORIES,
d/b/a AP PHARMACEUTICALS, INC., an Illinois corporation,
ABBOTT LABORATORIES,
d/b/a ABBOTT SALES, MARKET & DISTRIBUTION COMPANY, a Delaware corporation,
HOSPIRA, INC., a Delaware corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
ALL CLAIMS OF PLAINTIFF LISA THEISS ONLY**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice of Claims of Plaintiff Lisa Theiss [Docket No. 91]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by plaintiff Lisa Theiss only against all defendants are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 30, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer_____
                                      PHILIP A. BRIMMER
                                      United States District Judge