IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02606–PAB–KMT

VINTON THEISS, and
LISA THEISS,

     Plaintiffs,

v.

I-FLOW, INC., a Delaware corporation;
HOSPIRA, INC., a Delaware corporation,
ABBOTT LABORATORIES, an Illinois Corporation; d/b/a AP Pharmaceuticals, Inc.,
ABBOTT LABORATORIES, a Delaware corporation d/b/aAbbott Sales, Market & Distribution Company,
ABBOTT LABORATORIES, an Illinois Corporation;
ABBOTT LABORATORIES d/b/a Abbott Sales, Marketing & Distribution Company, a Delaware Corporation;

     Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion for Entry of Stipulated Qualified Protective Order" (#92, filed October 28, 2009) is DENIED and the proposed Protective Order is REFUSED.

The proposed Protective Order does not comply with the requirements established in *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000). *Gillard* set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

Dated: November 2, 2009