IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02606–PAB–KMT

VINTON THEISS, and
LISA THEISS,

    Plaintiffs,

v.

I-FLOW, INC., a Delaware corporation;
HOSPIRA, INC., a Delaware corporation,
ABBOTT LABORATORIES, an Illinois Corporation; d/b/a AP Pharmaceuticals, Inc.,
ABBOTT LABORATORIES, a Delaware corporation d/b/aAbbott Sales, Market & Distribution Company,
ABBOTT LABORATORIES, an Illinois Corporation;
ABBOTT LABORATORIES d/b/a Abbott Sales, Marketing & Distribution Company, a Delaware Corporation;

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion to Vacate Settlement Conference" (#101, filed November 24, 2009) is GRANTED in part. The December 14, 2009 settlement conference is VACATED. The parties shall place a conference call to chambers, 303-335-2780, no later than December 11, 2009, to reschedule the settlement conference for a date in March or April 2010.

"Defendants' Unopposed Joint Motion for Extension of Time Within Which to Designate Responsible Non-Parties at Fault" (#102, filed November 25, 2009) is GRANTED. Defendants shall designate responsible non-parties at fault no later than December 28, 2009.

Dated: December 1, 2009