IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02606-PAB-KMT

VINTON THEISS

    Plaintiff,

v.

I-FLOW, INC., a Delaware corporation,
ABBOTT LABORATORIES, an Illinois corporation,
ABBOTT LABORATOIRES,
d/b/a AP PHARMACEUTICALS, INC., an Illinois corporation,
ABBOTT LABORATORIES,
d/b/a ABBOTT SALES, MARKETING AND DISTRIBUTION COMPANY, a Delaware corporation,
HOSPIRA, INC., a Delaware corporation,

    Defendants.

_____

**ORDER OF DISMISSAL OF ABBOTT LABORATORIES,
ABBOTT LABORATOIRES, D/B/A AP PHARMACEUTICALS, INC.,
ABBOTT LABORATORIES, D/B/A ABBOTT SALES, MARKETING
AND DISTRIBUTION COMPANY, AND HOSPIRA, INC. WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Joint Unopposed Motion to Dismiss Abbott Laboratories, Abbott Laboratories, Inc. and Hospira, Inc. With Prejudice [Docket No. 112]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the motion to dismiss [Docket No. 112] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against Abbott Laboratories, Abbott Laboratoires, d/b/a AP Pharmaceuticals, Inc., Abbott Laboratories, d/b/a Abbott Sales, Marketing and Distribution Company, and

Hospira, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 23, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge