**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02606-PAB-KMT

VINTON THEISS,

    Plaintiff,

v.

I-FLOW, INC., a Delaware corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's unopposed motion to stay proceedings pending a ruling by the Judicial Panel for Multidistrict Litigation [Docket No. 118]. Having considered the grounds for the motion, it is

    **ORDERED** that the motion [Docket No. 118] is GRANTED. It is further

    **ORDERED** that all proceedings and discovery in this matter, except for the continued production of plaintiff's medical records, are STAYED pending a decision by the United States Judicial Panel on Multidistrict Litigation as to whether this case will be transferred. It is further

    **ORDERED** that the parties shall file a joint status report sixty days from the date of this order.

    Dated January 12, 2010.