IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02606-PAB-KMT

VINTON THEISS,

       Plaintiff,

v.

I-FLOW, INC., a Delaware corporation,

       Defendant.
_____

                              **MINUTE ORDER**
_____
**Order Entered by Judge Philip A. Brimmer**

       This matter is before the Court on defendant's unopposed motion to lift stay [Docket No. 127], in which defendant requests that the stay of this action be lifted and that the Court schedule a status conference before the Magistrate Judge. This Court stayed all proceedings and discovery in this matter, except for the continued production of plaintiff's medical records, on January 12, 2010 pending a decision by the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") as to whether the case would be transferred [Docket No. 120]. On April 14, 2010, the MDL Panel denied the request to centralize a number of cases, including the present matter. *See* Docket 127-1. Therefore, it is

       **ORDERED** that defendant's motion to lift stay [Docket No. 127] is GRANTED in part and DENIED in part. It is further

       **ORDERED** that the stay of this action is lifted. It is further

       **ORDERED** that the parties shall coordinate the scheduling of a status conference with Magistrate Judge Kathleen M. Tafoya.

       DATED April 27, 2010.